# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>VENUSTIANO VASQUEZ and MI FONDITA DEL ITSMO INC., individually,<br><br>Defendants. | Cause No. 2:21-cv-470-RSL<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANT MI FONDITA DEL ITSMO INC |

Plaintiff, Robert Kessler, by and through undersigned counsel, hereby files this Stipulation of Dismissal to dismiss with prejudice Defendant Mi Fondita Del Itsmo Inc. from this action pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED.** Defendant Mi Fondita Del Itsmo Inc. is hereby Dismissed with prejudice.

Dated this 28th day of May, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL   Page | - 1 -

DATED this 28 May 2021.

Respectfully submitted,


*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com