# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>VENUSTIANO VASQUEZ and MI FONDITA DEL ITSMO INC., individually,<br><br>Defendants. | Cause No. 2:21-cv-470-RSL<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Plaintiff, Robert Kessler, by and through undersigned counsel, hereby files this Stipulation of Dismissal to dismiss this action with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, the matter is hereby Dismissed with prejudice.

Dated this 2nd day of June, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge